

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

In the Matter of the Marriage of Michael
Nash and Texie Nash

No. 06-21-00013-CV

Appeal from the 71st District Court of
Harrison County, Texas (Tr. Ct. No. 17-
0526).  Opinion delivered by Justice
Stevens, Chief Justice Morriss and Justice
Carter* participating.  *Justice Carter,
Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.  Therefore, we reverse the portion of the trial court's order setting forth its property division and remand the matter to the trial court for further proceedings consistent with this opinion.  We sever the portion of the trial court's decree granting a divorce to the parties and affirm that portion of the decree.  *See Case*, 28 S.W.3d at 162.

We further order that the appellee, Texie Nash, pay all costs of this appeal.

RENDERED MARCH 4, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk